Case Name: MORELL, MELBA LORENA
Case No:    05-71381

# **CERTIFICATION OF REVIEW**

The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: June 23, 2008              WILLIAM T. NEARY
                                  United States Trustee, Region 11


                          BY:     */s/ Carole J. Ryczek*
                                  CAROLE J. RYCZEK
                                  Attorney for the U.S. Trustee