**UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| IN RE:<br>MORELL, MELBA LORENA | CHAPTER 7 -- Liquidation<br><br>CASE NO. 05-71381 MB<br><br>HONORABLE  MANUEL BARBOSA |
| Social Security/Employer Tax ID Number:<br>xxx-xx-7985 13-7566890<br>Debtor(s) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO ALL CREDITORS:

1.    NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a
hearing will be held by the undersigned judge at the U.S. BANKRUPTCY COURT, 211
South Court, Rockford, IL 61101, on JULY 16, 2008 at 9:30 a.m.

2.    The hearing will be held for the purpose of examining the Trustee's Final Report, ruling
on any objections to the Final Report, ruling on applications for compensation and
expenses, and transacting such other business as may be properly notices before the
Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT
IS NOT REQUIRED.

3.    The following applications for compensation have been filed:

| APPLICANT | COMPENSATION<br>PREVIOUSLY<br>PAID | FEES NOW<br>REQUESTED | EXPENSES<br>NOW<br>REQUESTED |
|---|---|---|---|
| Yalden, Olsen & Willette<br>Attorney/Trustee | 0.00 | 1,159.00 | |
| JOSEPH D. OLSEN<br>Trustee | 0.00 | 3,330.60 | |

JOSEPH D. OLSEN                          0.00                              127.12
Trustee

4.    The Trustee's Final Report shows total:

|     |     |     |
| --- | --- | --- |
| a. | Receipts | $ 25,806.02 |
| b. | Disbursements | $ 101.64 |
| c. | Net Cash Available for Distribution | $ 25,704.38 |

5.    In addition to the fees, compensation and expenses that may be allowed by the Court, liens and priority claims which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00, which leaves a total amount of $21,087.66, to be distributed to general unsecured creditors whose claims have been allowed in the total amount of $21,770.59.

6.    The debtor has been discharged.

7.    The Trustee proposed to abandon the following property at the hearing:


_____6/12/08_____                    ____s/s  Joseph D. Olsen_____
DATE

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

JUN 2 4 2008

KENNETH S. GARDNER, CLERK

BY_____
        DEPUTY CLERK

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-3        User: jshores          Page 1 of 1           Date Rcvd: Jun 24, 2008
Case: 05-71381             Form ID: pdf002         Total Served: 33
```

The following entities were served by first class mail on Jun 26, 2008.
```
db            +Melba Lorena Morell,   1008 N. Court Street,   Rockford, IL 61103-7004
aty           +Brian A Hart,   Brian A Hart Law Offices PC,   308 W State Street,   Suite M-8,
               Rockford, IL 61101-1139
aty           +Craig A Willette,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
tr            +Joseph D Olsen,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
9088355        ACCOUNT SOLUTIONS GROUP, LLC,   P.O. Box339,   Buffalo, NY 14240-0339
9088356        ARROW FINANCIAL SERVICES,   5996 West Toughy Ave.,   Niles, IL 60714-4610
9088357        ASSOCIATED RECOVERY SYSTEMS,   P.O. Box 463023,   Escondildo, CA 92046-3023
9088358        Atlantic Credit & Finance Inc.,   PO Box 13386,   Roanoke, VA 24033-3386
9088359       +Capital One,   P.O.Box 6000,   Seattle, WA 98190-0001
9088360        Cardmember Service,   PO Box 15153,   Wilmington, DE 19886-5153
9553673       +Chase BankUSA,NA,   c/o Weinstein & Riley, P.S.,   2101 4th Ave., Suite 900,
               Seattle, WA 98121-2339
9088361       +City of Rockford,   425 E. State Street,   Rockford, IL 61104-1068
9088362       +City of Rockford - Code Hearing Div,   425 E. State Street,   Rockford, IL 61104-1014
9088363       +Echelon Recovery Inc.,   PO Box 1880,   Voorhees, NJ 08043-7880
9088364       +Edward Yavitz Eye Center, LTD.,   PO Box 6051,   Rockford, IL 61125-1051
9088365       +Estate Recoveries, Inc.,   5543 Harford Road,   Baltimore, MD 21214-2233
9088366        General Electric,   c/o Tyler Moore @ Barrick, Switzer,   102 S. Madison,
               Rockford, IL 61104-1102
9088367        Household Credit Services,   P.O. Box 17051,   Baltimore, MD 21297-1051
9088368        MERCHANTS & MEDICAL CREDIT CORP.,   6324 Taylor Drive,   Flint, MI 48507-4685
9088370        NCO FINANCIAL SYSTEMS, INC.,   P.O. Box 41466, DPT 55,   Philadelphia, PA 19101
9088371        NORTHERN ILLINOIS SCANNING,   PO Box 4073,   Rockford, IL 61110-0573
9088372       +OSI COLLECTION SERVICES,   P.O. Box 8800,   Jacksonville, FL 32239-8800
9088373       +RISK MANAGEMENT ALTERNATIVES, INC.,   P.O. Box 105324,   Atlanta, GA 30348-5324
9088374       +ROCKFORD MERCANTILE AGENCY,   2502 S. Alpine Road,   Rockford, IL 61108-7813
9088375       +Sprint,   PO Box 219554,   Kansas City, MO 64121-9554
9485028       +UMB Bank dba Visa,   POB 419734,   Kansas City MO 64141-6734
9088376        UMB Bank, N.A.,   PO Box 419734,   Kansas City, MO 64141-6734
9088377       ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court: US Bank,   P.O. Box 790408,   Saint Louis, MO 63179-0408)
9494800       ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court: US Bank,   PO Box 5229,   Cincinnati, Oh 45201)
9649050       +US Bank/Retail Payment Solutions,   PO Box 5229,   Cincinnati, Ohio 45201-5229
9088378       +Vella & Lund, P.C.,   401 W. State Street, Ste. 300,   Rockford, IL 61101-1240
```

The following entities were served by electronic transmission on Jun 25, 2008.
```
9088369       +E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2008 06:36:21     MONOGRAM CREDIT CARD BANK OF GEORGI,
               P.O. Box 103080,   Rosewell, GA 30076-9080
9725346       +E-mail/PDF: rmscedi@recoverycorp.com Jun 25 2008 06:37:19
               Recovery Management Systems Corporation,   For GE Money Bank,   dba LOWES,
               25 S.E. 2nd Avenue, Suite 1120,   Miami, Florida 33131-1605
                                                                                           TOTAL: 2

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                     TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 26, 2008**                    **Signature:**    *Joseph Speetjens*