IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| MELBA L. MORELL, | ) | CASE NO. 05-71381 |
| | ) | |
| Debtor | ) | JUDGE MANUEL BARBOSA |

**TRUSTEE'S FINAL ACCOUNT, CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION FOR DISCHARGE OF THE TRUSTEE**

TO:   THE HONORABLE Manuel Barbosa, Bankruptcy Judge

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report.

All checks have been cashed. Evidence of canceled checks is attached as Group Exhibit "A" and the final bank statement is attached as Exhibit "B" reflecting a balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, requests that he be discharged, and the case closed pursuant to 11 U.S.C. §350.

Dated:  _____8/11/08_____

_____
JOSEPH D. OLSEN, Trustee

**CERTIFICATION OF REVIEW**

The United States Trustee has reviewed the final Account, Certification that the Estate has been Fully Administered and Application for Discharge of the trustee is accordance with the standards set forth in the Memorandum of Understanding dated April 1, 1999 and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

Dated this 25th day of August, 2008.

WILLIAM T. NEARY, United States Trustee

By: _Christine K. Miller_
Christine K. Miller,
Paralegal Specialist

**JPMorganChase**

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

July 01, 2008 through July 31, 2008
Primary Account: **000312102262565**

### CUSTOMER SERVICE INFORMATION

Service Center:    1-800-634-5273

00016968 DBI 802 24 21708 - NNNNN  1 000000000 60 0000
05-71381 MORELL MELBA LORENA
DEBTOR
330400 JOSEPH OLSEN TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004



## CONSOLIDATED BALANCE SUMMARY

**ASSETS**

|  | ENDING BALANCE PRIOR PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|
| **Checking** |  |  |
| Bankruptcy Business Checking 000312102262566 | 0.00 | 0.00 |
| **Total** | **$0.00** | **$0.00** |
| **Savings** |  |  |
| Bankruptcy Business Money Market 000312102262565 | $25,707.64 | $0.00 |
| **Total** | **$25,707.64** | **$0.00** |
| **TOTAL ASSETS** | **$25,707.64** | **$0.00** |

**All Summary Balances** shown are as of July 31, 2008 unless otherwise stated. For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements. Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

Exhibit "B"

**JPMorganChase**

August 01, 2007 through August 31, 2007
Primary Account: **000312102262565**

## IMAGES

ACCOUNT # 000312102262566

---

JPMORGAN CHASE BANK, N.A.
4 New York Plaza, 13th Floor, New York, NY 10004

VOID AFTER 90 DAYS  101  1-2/210
TID #330400
JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD IL 61104-2228

Case: 05-71381 MB
Debtor: MORELL, MELBA LORENA
312102262566
Invoice for annual search

Date 08/17/2007    $ **********75.00

---Seventy-Five Dollars and 00/100

Pay to the Order of:
Title Underwriters Agency
126 North Water Street
Rockford IL 61107

JOSEPH D. OLSEN

⑉000000101⑉ ⑊021000021⑊ 312102262566⑉ /000000 7500/

008770780065 AUG 22 #0000000101 $75.00

008770780065 AUG 22 #0000000101 $75.00

---



THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE "CHASE" LOGO FADING IN THE BACKGROUND

JPMORGAN CHASE BANK, N.A.
4 New York Plaza, 17th Floor, New York, NY 10004

VOID AFTER 90 DAYS  1001  1-2/210
TID #330400
JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD IL 61104-2228

Case: 05-71381 MB
Debtor: MORELL, MELBA LORENA
312102262565
BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2007 FOR CASE #05-71381, Bond #016018067

Date 09/14/2007    $ **********17.57

~~~Seventeen Dollars and 57/100

Pay to the Order of:
INTERNATIONAL SURETIES, LTD.
210 Baronne Street, #1700
New Orleans LA 70112

JOSEPH D. OLSEN

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

⑉00001001⑉ ⑊021000021⑊ 312102262565⑉

**JPMorganChase**

September 01, 2007 through September 28, 2007
Primary Account: **000312102262565**

**IMAGES**

ACCOUNT # 000312102262565




008970912686 SEP 21 #0000001002 $26.64



008970912686 SEP 21 #0000001002 $26.64

Exhibit "A"

Page 4 of 4

**JPMorganChase**

July 01, 2008 through July 31, 2008

Primary Account: **000312102262565**

ACCOUNT # 000312102262566
MORELL MELBA LORENA
05-71381

**IMAGES**





005080607741 JUL 31 #0000000102 $1,159.00



005080607741 JUL 31 #0000000102 $1,159.00



005080607742 JUL 31 #0000000103 $3,330.60



005080607742 JUL 31 #0000000103 $3,330.60

**JPMorganChase**

July 01, 2008 through July 31, 2008
Primary Account: **000312102262565**

ACCOUNT # 000312102262566
MORELL MELBA LORENA
05-71381



005080607743 JUL 31 #0000000104 $127.12



005080607743 JUL 31 #0000000104 $127.12



006980142916 JUL 30 #0000000105 $2,553.08

006980142916 JUL 30 #0000000105 $2,553.08

**JPMorganChase**

July 01, 2008 through July 31, 2008

Primary Account: **000312102262565**

ACCOUNT # 000312102262566
MORELL MELBA LORENA
05-71381



005080180837 JUL 31 #0000000106 $693.47



005080180837 JUL 31 #0000000106 $693.47



006880619886 JUL 28 #0000000107 $914.31



006880619886 JUL 28 #0000000107 $914.31



**JPMorganChase**

July 01, 2008 through July 31, 2008
Primary Account: **000312102262565**

ACCOUNT # 000312102262566
MORELL MELBA LORENA
05-71381




004980358015 JUL 31 #0000000108 $6,099.61



004980358015 JUL 31 #0000000108 $6,099.61



005080180847 JUL 31 #0000000109 $7,711.67



005080180847 JUL 31 #0000000109 $7,711.67

**JPMorganChase**

July 01, 2008 through July 31, 2008

Primary Account: **000312102262565**

ACCOUNT # 000312102262566
MORELL MELBA LORENA
05-71381



005780834928 JUL 29 #0000000110 $3,120.46



005780834928 JUL 29 #0000000110 $3,120.46



Page 8 of 8